**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

- ---------------------------------------------------------------- x
CONSTANCE HENRY, on behalf of herself :     Case no. 1:25-cv-3145
and all others similarly situated, :
                                            :
                    Plaintiffs, :
                    :     **NOTICE OF VOLUNTARY**
          v.                    **DISMISSAL WITH**
                    **PREJUDICE**
Gosh Enterprises, Inc., :

                  Defendant. :
                    :
                    :
                    :
                    :
- ---------------------------------------------------------------- x

      **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

     Dated: June 25, 2025

                                             EQUAL ACCESS LAW GROUP, PLLC

                                             *Attorneys for Plaintiff*

                                             **/s/ David B. Reyes**

                                             By: David B. Reyes, Esq.

                                             68-29 Main Street,

                                             Flushing, NY 11367

                                             Tel: (630)-478-0856

                                             Email: Dreyes@ealg.law